# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE GIVEN, | ) | 3:04-CV-544-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 31, 2006 |
| | ) | |
| NORTHROP GRUMMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion or Request to Reschedule Deposition (Doc. #97). Plaintiff claims that because of his work schedule he is unable to attend his deposition during the week and requests that his deposition be taken either on weekends or holidays. Plaintiff also states that he will have to take the depositions of two of the Defendant's witnesses on weekends or holidays.

Plaintiff chose to file this lawsuit and he will conduct discovery during business hours just like every other litigant and attorney in this court.

Plaintiff's Motion or Request to Reschedule Deposition (Doc. #97) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk