# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRUCE GIVEN,  )  3:04-CV-544-ECR (RAM)
        Plaintiff,  )  **MINUTES OF THE COURT**
vs.  )  April 10, 2006
NORTHROP GRUMMAN, et al.,  )
        Defendants.  )

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  GINA MUGNAINI     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff has filed a Motion to Revise Defendant's Call for Plaintiff's Deposition (Doc. #100). Plaintiff's Motion (Doc. #100) is **GRANTED**. Plaintiff's deposition will be limited to seven (7) hours.

    **IT IS SO ORDERED.**

                                 LANCE S. WILSON, CLERK

                                 By:     /s/
                                     Deputy Clerk