## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE GIVEN, | ) | 3:04-CV-544-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 25, 2006 |
| | ) | |
| NORTHROP GRUMMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Relief Order to Strike Affidavits of Plaintiff (Doc. #116). Plaintiff objects to the court striking the affidavits that were improperly filed with the court.

Filing affidavits which do not support a motion or are not in support of any other pleading is improper. This has been explained to the Plaintiff at the hearing on February 14, 2006 (Doc. #93). For some reason, unknown to the court, the Plaintiff is unable to understand this rule and continues to attempt to file affidavits, by themselves, which support no other document.

Should the Plaintiff continue with this improper procedure, the court will continue to strike the affidavits.

Plaintiff's Motion for Relief Order to Strike Affidavits of Plaintiff (Doc. #116) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:          /s/
     Deputy Clerk