# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE GIVEN, | ) | 3:04-CV-544-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 3, 2006 |
| | ) | |
| NORTHROP GRUMMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:     THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Order Defendant to Answer Admissions and Complete Explanations Pursuant to Rule 37 and 26 (Doc. #103). Defendant has opposed the Motion (Doc.#119).

LR 26-7 provides in pertinent part as follows:

> "(a) All motions to compel discovery or for protective order shall set forth in full the text of the discovery originally sought and the response thereto, if any.
>
> (b) Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action."

/ / /

MINUTES OF THE COURT
3:04-CV-544-ECR (RAM)
May 3, 2006
Page Two


Plaintiff has not complied with either subsection (a) or (b) of LR 26-7.

Plaintiff's Motion to Order Defendant to Answer Admissions and Complete Explanations Pursuant to Rule 37 and 26 (Doc. #103) is **DENIED**.  Plaintiff will file no further discovery motions in this case unless and until he complies with the applicable provisions of the Local Rules of Practice.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                                By: _____/s/_____
                                                        Deputy Clerk