# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE GIVEN, ) | 3:04-CV-544-ECR (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 3, 2006 |
| NORTHROP GRUMMAN, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed Pursuant to Rule 37(A)(2)(b) the Plaintiff files this Motion for the Court to Order the Defense to Answer Each Interrogatory Submitted by the Plaintiff in Good Faith (Doc. #105).  Defendant has opposed the Motion (Doc.#118).

   LR 26-7 provides in pertinent part as follows:

>   "(a) All motions to compel discovery or for protective order shall set forth in full the text of the discovery originally sought and the response thereto, if any.
>
>   (b) Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action."

///

MINUTES OF THE COURT
3:04-CV-544-ECR (RAM)
May 3, 2006
Page Two

      Plaintiff has not complied with either subsection (a) or (b) of LR 26-7.

      Plaintiff's Motion for the Court to Order the Defense to Answer Each Interrogatory Submitted by the Plaintiff in Good Faith (Doc. #105) is **DENIED**.  Plaintiff will file no further discovery motions in this case unless and until he complies with the applicable provisions of the Local Rules of Practice.

      **IT IS SO ORDERED.**

                                  LANCE S. WILSON, CLERK

                                  By:       /s/
                                         Deputy Clerk