## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE GIVEN, | ) | 3:04-CV-544-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 25, 2006 |
| | ) | |
| NORTHROP GRUMMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Increase Number of Interrogatories from 25 to What has been Requested to the Defendant, 45 (Doc. #104).  Defendant has opposed the Motion (Doc. #120). There has been no reply.

Plaintiff's Motion appears to be based on the General Objection No. 3 in which Defendant objects to Plaintiff's interrogatory "on the grounds that Plaintiff has propounded interrogatories (including subparts) that significantly exceed the 25 interrogatories, including subparts, allowed without leave of court by FRCP 33."  Plaintiff wants the increased number of interrogatories so that he can renumber his existing interrogatories and subparts, not propound additional interrogatories.

In reviewing the Answers to Interrogatories, however, there was no failure by the Defendant to respond to an interrogatory based on the objection that it exceeded the allowable number of interrogatories.  Therefore, there is no need to renumber the interrogatories and subparts. Whatever objections Defendant made were made on other grounds.

/ / /

MINUTES OF THE COURT
3:04-CV-544-ECR (RAM)
May 25, 2006
Page Two


       Plaintiff's Motion to Increase Number of Interrogatories from 25 to What has been Requested to the Defendant, 45 (Doc. #104) is **DENIED**.

       **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                                  By: _____ /s/ _____
                                        Deputy Clerk